**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

KEVIN YAN LUIS, on behalf of himself                 Case No. 1:22-CV-04797-GHW
and all others similarly situated,
                                    Plaintiffs,

                                                              **NOTICE OF VOLUNTARY**
                                                              **DISMISSAL**
                        -against-                             **WITH PREJUDICE**


HARMLESS HARVEST, INC.
                                    Defendant.
-----------------------------------------------------------x


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
        August 23, 2022


                                                    Respectfully Submitted,

                                                    **/s/ Noor A. Saab_____**
                                                    By: Noor A. Saab Esq.
                                                    380 North Broadway, Ste 300
                                                    Jericho, New York 11753
                                                    Tel: 718-740-5060
                                                    Fax: 718-709-5912
                                                    *Attorney for Plaintiff*